# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EUGENE MORRISON,<br>　　　　　Petitioner,<br>　　vs.<br>LINDA SANDERS, Warden,<br>　　　　　Respondent.<br>_____ | Case No. CV 11-8634 GHK (MRW)<br>Case No. CV 11-9057 GHK (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that these actions are dismissed with prejudice.

DATE:　　3/7/12　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE